UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH B. QUANSAH,<br><br>   Plaintiff,<br><br>  v.<br><br>DEL CORONADO APARTMENTS, et al.,<br><br>   Defendants. | Case No. 5:16-cv-05667-EJD<br><br>**ORDER TO SHOW CAUSE** |

On November 10, 2016, Defendants Del Coronado Apartments and Leticia Gonzales filed a motion to dismiss the Complaint filed by Plaintiff Kenneth B. Quansah ("Plaintiff"). Dkt. No. 6. Pursuant to Civil Local Rule 7-3, Plaintiff was required to file a response to the motion no later than November 25, 2016. To date, Plaintiff has not filed a response.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, by **December 26, 2016**, file a document which demonstrates good cause why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: December 12, 2016

              _____
              EDWARD J. DAVILA
              United States District Judge